**Robert QUIEL, Employee/Respondent,**

v.

**CITY OF ST. LOUIS, Employer/Appellant.**

No. 68954.

Missouri Court of Appeals, Eastern District, Division Three.

April 30, 1996.

Robert L. Lyng, Asst. City Atty., St. Louis, for appellant.

James W. McCartney, St. Louis, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Appellant, City of St. Louis, appeals the Final Award of the Labor and Industrial Relations Commission awarding compensation to respondent, Robert Quiel ("employee"), after employee suffered a heart attack arising out of and in the course of his employment as a firefighter. We affirm.

We have reviewed the briefs of the parties and the legal file and find no error of law appears. As we further find no jurisprudential purpose would be served by a written

opinion, we affirm the judgment of the trial court pursuant to Rule 84.16(b). A memorandum setting forth the reasons for our decision is provided solely for the use of the parties involved.